UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

SINCERE TERRY, *et al.*,

    *Plaintiff-Appellants,*

v.

GENTER DRUMMOND, *et al.*,

    *Defendants-Appellees.*

Case No. 24-6046

## ENTRY OF APPEARANCE (10th Cir. R. 46.l(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: Sincere Terry, Mia Hogsett, Tyreke Baker, Preston Nabors, Trevour Webb, and Austin Mack, who are Plaintiffs-Appellants in the above-captioned case.

Dated this 22nd day of March 2024.

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
Oklahoma Bar Number: 33216
American Civil Liberties Union
of Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

✓ The following (attach additional pages if necessary) individuals and/or entities are not

> direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

- Awasthi, Devraat - *Attorney for Plaintiffs*
- Carter, Jared K. - *Attorney for Plaintiffs*
- Weaver, Audrey A. - *Attorney for Defendants*
- West, Zachary P. - *Attorney for Defendants*
- Gaskins, Garry M. - *Attorney for Defendants*

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

03/22/2024
Date

/s/ Megan Lambert
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐  On _____ I sent a copy of this Entry of Appearance
           [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]


03/22/2024
Date

/s/ Megan Lambert
Signature