No. 24-6046

# In the United States Court of Appeals for the Tenth Circuit

SINCERE TERRY, *et al.*,

*Plaintiffs-Appellants,*

v.

GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, *et al.*,

*Defendants-Appellees.*

On Appeal from the U.S. District Court for the Western District of Oklahoma, Honorable Charles Goodwin, District Judge

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

Megan Lambert
Devraat Awasthi
AMERICAN CIVIL LIBERTIES UNION
OF OKLAHOMA FOUNDATION
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
mlambert@acluok.org
dawasthi@acluok.org

Jared K. Carter
CORNELL LAW SCHOOL
FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, NY 14853
(207) 319-6050
jc2537@cornell.edu

*Counsel for Plaintiffs-Appellants*

Pursuant to 10th Cir. R. 27.6, Plaintiffs-Appellants respectfully request an additional 7 days to file their reply brief in the above-captioned case. In support, Plaintiffs state:

1. Plaintiffs-Appellants' brief is currently due on July 29, 2024.

2. Plaintiffs-Appellants' counsel have conflicting obligations in other litigation and pre-existing travel plans.

   a. Both counsel for Plaintiffs-Appellants from the ACLU of Oklahoma have a conflicting obligation in *Bridge, et al. v. Oklahoma State Department of Education, et al.,* No. 24-6072 (10th Cir.). Counsel are preparing Plaintiff-Appellants' opening brief before this Court, which is due on July 12, 2024.

   b. Megan Lambert is preparing a proposed schedule for discovery and pretrial litigation, questions to be certified to the Oklahoma Supreme Court, and a statement of facts relevant to the certified questions in *BERT, et al. v. Drummond, et al.*, No. CIV-21-1022-G (W.D. Okla.), which are due July 12, 2024.

   c. Devraat Awasthi is traveling internationally from July 1, 2024, to July 12, 2024.

   d. Jared Carter is traveling and will be without internet access from July 1, 2024, to July 12, 2024.

3. Given the above conflicting litigation deadlines and pre-existing travel

1

plans, it will not be possible to file Plaintiffs-Appellants' reply brief on time, even if due diligence is exercised and priority is given to the preparation of the brief.

4.  Counsel for Defendants-Appellees do not oppose the requested extension of time.

5.  This is Plaintiffs-Appellants' first extension request.

6.  This motion complies with 10th Cir. R. 27.6(B), as it is filed more than the required 3 days before the brief's due date.

For these reasons, Plaintiffs-Appellants respectfully request an extension of 7 days from July 29, 2024, to August 5, 2024, to file their reply brief.

Respectfully submitted,

*/s/* Megan Lambert
Megan Lambert
Devraat Awasthi
American Civil Liberties Union
of Oklahoma Foundation
Oklahoma Bar Number 33216
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: (405) 286-1104
mlambert@acluok.org
dawasthi@acluok.org

Jared K. Carter
Cornell Law School
First Amendment Clinic
Myron Taylor Hall
Ithaca, NY 14850
jc2537@cornell.edu

Dated: July 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Megan Lambert*
Megan Lambert

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because this motion contains 284 words.

This brief complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman style.

*/s/ Megan Lambert*
Megan Lambert